UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MIGUEL OYOS<br><br>    Defendant. | NO. CR-07-2115-EFS-3<br><br>ORDER GRANTING MOTION TO REOPEN DETENTION **(Ct Rec. 208)** AND DENYING REQUEST FOR RELEASE |

On February 7, 2008, this court held a bail review hearing. Jane Kirk appeared for the government. Defendant was present with counsel Nicholas Marchi.

The defendant made a motion to reopen detention.

The Court **granted** defendant's motion to reopen detention **(Ct Rec. 208)**.

Counsel for the defendant requested the release of defendant on conditions.

The government argued there are no conditions which will reasonably assure defendant's appearance as required.

The Court found there remains an absence of condition or conditions that could be imposed that would reasonably assure this defendant's presence at trial.

The Court denied defendant's request for release on conditions. Specifically, defendant needs to complete in-patient treatment before release can occur.

**IT IS SO ORDERED.**

DATED this 7th day of February, 2008.

                                        s/ James P. Hutton
                                        JAMES P. HUTTON
                               United States Magistrate Judge